IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR360 |
| | ) | |
| RUSSELL M. CLARK, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

     Before the court is defendant's Motion for Leave to File Pretrial Motions Out of Time [14]. The government has no objection. Good cause being shown, the motion will be granted. The Motion to Suppress [15] will be deemed as timely filed. The trial previously set for January 29, 2007 is cancelled and will be set by further order of the court.

     IT IS SO ORDERED.

     DATED this 9th day of January, 2007.

                                                      BY THE COURT:

                                                      s/ F.A. Gossett
                                                      United States Magistrate Judge