IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>     Plaintiff, <br><br> vs. <br><br> RUSSELL M. CLARK, <br><br>     Defendant. | 8:06CR360 <br><br> **ORDER** |

Defendant Russell M. Clark appeared before the court on Friday, August 22, 2014 on a Petition for Warrant or Summons for Offender Under Supervision [51]. The defendant was represented by Assistant Federal Public Defender Julie B. Hansen, and the United States was represented by Assistant U.S. Attorney Thomas J. Kangior. The government did not request detention, therefore, the defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Bataillon.

IT IS ORDERED:

1. A final dispositional hearing will be held before Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on October 3, 2014 at 10:30 a.m. Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

Dated this 22nd day of August, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge